# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO GARCIA RUBIO, | ) Case No. CV 12-10295 PA (MRW) |
|            Petitioner, | ) |
| vs. | ) ORDER ACCEPTING FINDINGS AND ) RECOMMENDATIONS OF |
| MATTHEW CATE, | ) UNITED STATES MAGISTRATE ) JUDGE |
|            Respondent. | ) |
| _____ | ) |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that Judgment be entered denying the petition and dismissing this action with prejudice.

DATE: July 31, 2013

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE