1

2

3

4

5

6

7

8

9 UNITED STATES DISTRICT COURT

10 CENTRAL DISTRICT OF CALIFORNIA

11

12 ALFONSO GARCIA RUBIO,                )   Case No. CV 12-10295 PA (MRW)

13                        Petitioner,   )

14                vs.                   )   JUDGMENT

15 MATTHEW CATE,                        )

16                        Respondent.   )

17 _____         )

18

19        Pursuant to the Order Accepting Findings and Recommendations of the

United States Magistrate Judge,

20

21        IT IS ADJUDGED that the petition is denied and this action is dismissed

with prejudice.

22

23 DATE: July 31, 2013        _____

24                           HON. PERCY ANDERSON
                             UNITED STATES DISTRICT JUDGE
25

26

27

28